# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHARON HOPKINS AND FELICIA
HOPKINS, AS CO-ADMINISTRATRIXES
FOR THE ESTATE OF PATRICIA H.
BROWN, DECEASED,

              Petitioners

        v.

COMPASS POINTE HEALTHCARE
SYSTEM, LLC., REST HAVEN NURSING
CENTER (CHESTNUT HILL), INC. D/B/A
CHESTNUT HILL LODGE HEALTH AND
REHABILITATION CENTER, CHESTNUT
HILL HEALTH CARE, LLC., LYRIC
HEALTHCARE, LLC., LYRIC HEALTHCARE
HOLDINGS III, INC., ENCORE
HEALTHCARE, LLC., TFN HEALTHCARE
INVESTORS, LLC., TFN HEALTHCARE
PARTNERS, LP., OHI ASSETS II (PA)
TRUST, OMEGA HEALTHCARE
INVESTORS, INC., ADDIT, LLC., SLC
PROFESSIONALS CHAI, LLC., SLC
PROFESSIONALS MONARCH, LLC.,  AND
DAVID SMILEY,

              Respondents

: No. 618 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is

**DENIED**.